**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 86 EAL 2022

Respondent    :

   :   Petition for Allowance of Appeal

   :   from the Order of the Superior Court

v.    :

NICHOLAS DIPIETRO,    :

Petitioner    :

## ORDER

**PER CURIAM**

       **AND NOW**, this 26th day of July, 2022, the Petition for Allowance of Appeal is **DENIED**.